# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 20 CV 00187

**DATE FILED:** JAN 0 9 2020

**SIGNED BY:** JUDGE CASTEL

**DATE SIGNED:** JAN 0 9 2020

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

____ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS