UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GEORGE FAY,

                Petitioner,

      - against-                    SEALING ORDER
                                     Docket No. 20 CV 00187

ANTHONY J. ANNUCCI, Commissioner,
New York State Department of Corrections
and Community Supervision; and
EARL BELL, Superintendent,
Clinton Correctional Facility,

                Respondents.
-------------------------------------------------------X

        This action has been commenced by a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 challenging a judgment of the Supreme Court of the State of New York, New York County, rendered on April 17, 2018, convicting the Petitioner of the crimes of Rape in the First Degree (NYPL §130.35[2]), Criminal Sexual Act in the First Degree (NYPL §130.50[2]), and Sexual Abuse in the First Degree (NYPL §130.65[2]), and sentencing him to concurrent terms of imprisonment aggregating ten years, to be followed by five years of Post-Release Supervision.

        Because, in relevant part, pursuant to New York Civil Rights Law §50-b, "[t]he identity of any victim of a sex offense, as defined in article one hundred thirty... of the [New York] penal law... shall be confidential[,]" it is hereby,

        ORDERED, that the transcript of the trial supporting the publicly filed papers in furtherance of said petition shall be filed and maintained under seal, *subject to unsealing by the Judge assigned.*

Dated:      New York, New York
               January 9, 2020

                                                                      _____
                                                                      United States District Judge