UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE FAY,

                      Petitioner,

                v.

ANTHONY J. ANNUCCI, Commissioner,
New York State Department of Corrections
and Community Supervision,

                      Respondent.

No. 20 Civ. 187 (PAE)(SLC)

# STATE COURT RECORD

MATTHEW KELLER
  *Assistant Attorney General*
    *of Counsel*

LETITIA JAMES
  *Attorney General*
  *State of New York*
Attorney for Respondent
28 Liberty Street
New York, New York 10005
(212) 416-6072

Dated: July 10, 2020

# **TABLE OF CONTENTS**

Petitioner's counseled brief to the Appellate Division,
    First Department, dated Jul. 26, 2018 .................................................... SR001

People's opposition brief in the Appellate Division, dated Dec. 2018 ............... SR085

Petitioner's reply brief, dated Jan. 8, 2019 ....................................................... SR155

The Appellate Division's Decision and Order affirming,
    dated Mar. 5, 2019 ................................................................................. SR189

Petitioner's motion for reargument, dated Apr. 3, 2019 .................................. SR194

People's opposition to reargument motion, dated Apr. 22, 2019 ...................... SR250

The Appellate Division's Order denying reargument,
    dated Jul. 16, 2019 ................................................................................. SR264

Petitioner's counseled leave application to the New York Court of Appeals,
    dated Mar. 13 and Apr. 3, 2019 ............................................................. SR265

People's opposition to leave, dated Jul. 19, 2019 ............................................. SR305

The Court of Appeals' order dated Aug. 20, 2019, denying leave .................... SR310