THE BAKER LAW FIRM FOR
CRIMINAL APPEALS, PLLC
4705 Henry Hudson Parkway, 4M/L
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

MARK M. BAKER
Attorney and Counselor at Law

Mark@mmbcriminalappeals.com
mmbcriminalappeals.com

May 20, 2021

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

Re:  **George Fay v. Anthony J. Annucci, et al**
20 cv. 00187 (PAE) (SLC)

Dear Judge Cave

This letter is simply to call the Court's attention to the fact that a *Habeas Corpus* application, pursuant to 28 U.S.C. 2254, was fully submitted more than nine months ago, on August 9, 2020.

I have been asked to write at this time in the hope of securing **some** disposition of this matter at Your Honor's earliest convenience. It is obviously my client's hope that, if this application is ultimately unsuccessful, he will still have sufficient opportunity to pursue any further avenues which may become necessary and available.

It is our hope that this letter is received with an appreciation for the most respectful manner in which it was transmitted.

Respectfully submitted,

*[signature]*

MARK M. BAKER

cc:   Mr. George Fay
      Matthew B. Keller, Esq.
          Via ECF