THE BAKER LAW FIRM FOR
CRIMINAL APPEALS, PLLC
4705 Henry Hudson Parkway, 4M/L
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

MARK M. BAKER                                   Mark@mmbcriminalappeals.com
Attorney and Counselor at Law                   mmbcriminalappeals.com


                                                May 20, 2021

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

        Re:    **George Fay v. Anthony J. Annucci, et al**
               20 cv. 00187 (PAE) (SLC)

Dear Judge Cave

        This letter is simply to call the Court's attention to the fact that a
*Habeas Corpus* application, pursuant to 28 U.S.C. 2254, was fully submitted more
than nine months ago, on August 9, 2020.

        I have been asked to write at this time in the hope of securing **some**
disposition of this matter at Your Honor's earliest convenience. It is obviously my
client's hope that, if this application is ultimately unsuccessful, he will still have
sufficient opportunity to pursue any further avenues which may become necessary
and available.

        It is our hope that this letter is received with an appreciation for the
most respectful manner in which it was transmitted.

                                        Respectfully submitted,

                                        _____

                                        MARK M. BAKER

The Court construes Petitioner's letter (ECF No. 24)
as a request for a status update in this action.  The
Court will issue a Report and Recommendation to
the Honorable Paul A. Engelmayer in due course.

SO-ORDERED 5/21/2021

                                        SARAH L. CAVE
                                        United States Magistrate Judge