UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE FAY

               Petitioner,          No. 1:20-cv-00187-PAE-SLC

      v.

ANTHONY J. ANNUCCI,

               Respondent.

       PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent. All papers are to be served upon counsel at the address indicated below.

Dated:    New York, New York
           October 1, 2021

                                   /s/ Nikki Kowalski
                                   NIKKI KOWALSKI
                                   Deputy Solicitor General
                                   28 Liberty Street, 14th Floor
                                   New York, New York 10005
                                   Nikki.Kowalski@ag.ny.gov
                                   (212) 416-8370