**THE BAKER LAW FIRM FOR
CRIMINAL APPEALS, PLLC**
4705 Henry Hudson Parkway, 4M/L
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

**MARK M. BAKER**　　　　　　　　　　　　　　　　mark@mmbcriminalappeals.com
**Attorney and Counselor at Law**　　　　　　　　　　mmbcriminalappeals.com

February 3, 2022

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

　　　　　　　　Re:　**George Fay v. Anthony J. Annucci, et al**
　　　　　　　　　　20 cv. 00187 (PAE) (SLC)

Dear Judge Cave:

　　　The referenced petition pursuant to 28 U.S.C. §2254 was filed on January 9, 2020. Almost a year and a half later, on May 5, 2021, in response to a request for a status update, your Honor indicated that a Report and Recommendation would be issued "in due course." To date, nine months later, there has been no disposition.

　　　At the insistence of my client and his family, and consonant with the provisions of 28 U.S.C. § 2243 ("the Court shall summarily hear and determine the facts, and dispose of the matter as law and justice require."), I am duty bound to renew Petitioner's request for an updated status report.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Mark M. Baker
　　　　　　　　　　　　　　　　　MARK M. BAKER
　　　　　　　　　　　　　　　　　MB5365

cc:　Nikki Kowalski, Esq.
　　　Via ECF