THE BAKER LAW FIRM FOR
CRIMINAL APPEALS, PLLC
4705 Henry Hudson Parkway, 4M/L
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

**MARK M. BAKER**                                         mark@mmbcriminalappeals.com
Attorney and Counselor at Law                             mmbcriminalappeals.com

February 3, 2022

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

        Re:   **George Fay v. Anthony J. Annucci, et al**
                20 cv. 00187 (PAE) (SLC)

Dear Judge Cave:

      The referenced petition pursuant to 28 U.S.C. §2254 was filed on January 9, 2020. Almost a year and a half later, on May 5, 2021, in response to a request for a status update, your Honor indicated that a Report and Recommendation would be issued "in due course." To date, nine months later, there has been no disposition.

      At the insistence of my client and his family, and consonant with the provisions of 28 U.S.C. § 2243 ("the Court shall summarily hear and determine the facts, and dispose of the matter as law and justice require."), I am duty bound to renew Petitioner's request for an updated status report.

                                                                Respectfully submitted,

                                                                s/ Mark M. Baker
                                                                MARK M. BAKER
                                                                MB5365

---

The Court will issue a Report & Recommendation to the Honorable Paul A. Engelmayer in due course.

SO ORDERED 2/4/2022

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge