THE BAKER LAW FIRM FOR
CRIMINAL APPEALS, PLLC
4705 Henry Hudson Parkway, 4M/L
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

**MARK M. BAKER**　　　　　　　　　　　　　　　　　mark@mmbcriminalappeals.com
Attorney and Counselor at Law　　　　　　　　　　　　mmbcriminalappeals.com

February 21, 2023

**BYECF**
Hon. Paul G. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

　　　　Re:　*George Fay v. Anthony F. Annucci,*
　　　　　　20 Civ. 187 (PAE) (SLC)

Dear Judge Engelmayer:

　　　　I have just returned this date from being abroad and have had an opportunity to read the Magistrate Judge's report and recommendation, as well as the Solicitor General's request for additional time to file any response to potential objections by Petitioner.

　　　　Ms. Kowalski and I have been in communication and we have each consented to any additional time requested by the other side. In that regard, I certainly need additional time, as well, to communicate with my client and his family, who live out of the country, in order to determine whether they wish to proceed further. Accordingly, it is respectfully requested that Petitioner have until the March 17th date the court has allowed for Respondent's answer, with whatever additional time Respondent requires after that date.

Respectfully submitted,

/s Mark M. Baker
MARK M. BAKER

Granted. Petitioner's objections, if any, are due March 17, 2023. Respondent's reply, if any, is due 14 days after petitioner's objections are filed. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
February 21, 2023