UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| GEORGE FAY, | : | |
| Petitioner, | : | **NOTICE OF APPEARANCE** |
| - against - | : | |
| | | No. 20 Civ. 187 (PAE)(SLC) |
| ANTHONY J. ANNUCCI, Commissioner, New York State Department of Corrections and Community Supervision, | : | |
| Respondent. | : | |

-----------------------------------------------------------x

    Please take notice that Joel B. Rudin, Esq., of the Law Offices of Joel B. Rudin, P.C., hereby enters his appearance as attorney of record on behalf of Petitioner, George Fay, for all purposes in the above-captioned case.

                                  Yours, etc.,

                                 /s/ Joel B. Rudin
                                Joel B. Rudin
                                Law Offices of Joel B. Rudin, P.C.
                                152 West 57th Street, Eighth Floor
                                New York, New York 10019
                                (212) 752-7600 (Telephone)
                                (212) 980-2968 (Fax)
                                E-mail:  jbrudin@rudinlaw.com

DATED:   New York, New York
               May 22, 2023